JULIA LIPTACK, Appellant, v. YONKERS RAILROAD COMPANY, Respondent.— In an action brought to recover damages for personal injuries sustained by plaintiff while boarding one of the defendant's trolley cars, allegedly through the negligence of the motorman in closing the door prematurely, judgment of the City Court of Yonkers in favor of defendant and order denying plaintiff's motion to set aside the verdict and for a new trial unanimously affirmed, with costs. While the requested charge at folio 301 was erroneous, it was harmless. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

PETER LIPTACK, Appellant, v. YONKERS RAILROAD COMPANY, Respondent.— In an action brought to recover damages for loss of services of plaintiff's wife, judgment of the City Court of Yonkers, in favor of defendant, and order denying plaintiff's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

LUCKENBACH STEAMSHIP COMPANY, INC., Appellant, v. UGO MUSSO, Respondent.— Action to recover damages for loss arising out of collision between defendant's steamship and plaintiff's pier. Appeal from an order denying a motion made by the plaintiff to vacate a stay in the action and restore the cause to the calendar, and for other relief. Order reversed on the law and facts, without costs, and the motion granted, without costs. We treat the motion as one to be relieved from a judgment taken by default. (Civ. Prac. Act, § 108.) In our opinion the appellant established that the default was suffered through inadvertence and excusable neglect and that the denial of relief by the court was an improper exercise of its discretion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.